```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| SUMFINIDADE UNIPESSOAL LDA,<br><br>　　　　　Plaintiff,<br><br>　　-v-<br><br>KONTAKT.IO INC.,<br><br>　　　　　Defendant. | 25-cv-3312 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

　　On May 8, 2025, counsel informed the Court that the parties had reached a settlement in principle. Accordingly, the Court hereby dismisses this case with prejudice, with leave to any party to move within 45 days from the date hereof to reopen the case and proceed to trial if the settlement is not fully effectuated.

　　SO ORDERED.

New York, NY
May 9, 2025

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　JED S. RAKOFF, U.S.D.J.